

FILED by ___ D.C.
ELECTRONIC

Aug 5, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## 14-20555-CR-GAYLES/TURNOFF
CASE NO:_____

21 U.S.C. § 846
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

ANTHONY PUBLIO BOSCH,

    **Defendant.**

_____/

### INFORMATION

The United States Attorney charges that:

Beginning in and around October 2008, and continuing through in and around December 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ANTHONY PUBLIO BOSCH,**

did knowingly and wilfully combine, conspire, confederate, and agree with persons known and unknown to the United States Attorney, to distribute a Schedule III controlled substance, that is, the anabolic steroid testosterone, in violation of Title 21, United States Code, Section 841(a)(1).

With respect to the defendant, **ANTHONY PUBLIO BOSCH**, the controlled substance involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to the defendant, is a mixture and substance containing a detectable amount of testosterone, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(E)(i) and (iii).

## FORFEITURE ALLEGATIONS

1.      The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of property in which the defendant, **ANTHONY PUBLIO BOSCH,** has an interest.

2.      Upon the conviction of the violation alleged in the Information, the defendant, **ANTHONY PUBLIO BOSCH,** shall forfeit to the United States, any property constituting, or derived from, any proceeds which the defendant obtained, directly or indirectly as a result of such violation, and any property used or intended to be used by the defendant, in any manner or part, to commit or to facilitate the commission of such violation.

All pursuant to Title 21, United States Code, Section 853.


_____, Chief, Crm Div.
WIFREDO A. FERRER
UNITED STATES ATTORNEY


_____
MICHAEL P. SULLIVAN
ASSISTANT UNITED STATES ATTORNEY


_____
SHARAD A. MOTIANI
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES OF AMERICA**

vs.

**ANTHONY PUBLIO BOSCH,**

**Defendant.**
_____ /

**CASE NO.** _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | | | |
|---|---|---|---|
| __X__ | Miami | _____ Key West | ____ |
| _____ | FTL | _____ WPB | ____ FTP |

New Defendant(s)          Yes _____  No ____
Number of New Defendants  _____
Total number of counts    _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)    __NO__
   List language and/or dialect   _____

4. This case will take   __0__   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

(Check only one)

| | | | |
|---|---|---|---|
| I | 0  to  5 days | __X__ | |
| II | 6  to 10 days | _____ | |
| III | 11 to 20 days | _____ | |
| IV | 21 to 60 days | _____ | |
| V | 61 days and over | _____ | |

(Check only one)

| | |
|---|---|
| Petty | _____ |
| Minor | _____ |
| Misdem. | _____ |
| Felony | __X__ |

6. Has this case been previously filed in this District Court?   (Yes or No)    Yes  _____
   If yes: _____
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    __NO__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to   October 14, 2003?   _____   Yes   __X__  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   _____   Yes   __X__  No

_____
SHARAD A. MOTIANI
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 711233

*Penalty Sheet(s) attached

REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:  ANTHONY PUBLIO BOSCH

**Case No:** _____

Count #: 1

_____Conspiracy to distribute testosterone_____

_____Title 21, United States Code, Section 846_____

**\*Max. Penalty:**          Ten (10) years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**