UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20555-CR-GAYLES

UNITED STATES OF AMERICA

vs.

ANTHONY PUBLIO BOSCH,

        **Defendant.**
_____ /

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States and Defendant Anthony Publio Bosch (BOSCH) agree that had this matter proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

(1) The Biogenesis of America investigation focuses on the operators of several anti-aging clinics in Miami, Florida. These anti-aging clinics were incorporated under several different corporate names: Biogenesis of America, LLC ("Biogenesis"); Biokem, LLC ("Biokem"); Revive Miami, LLC ("Revive Miami"); and others by the same group of people who occasionally worked together in the time period 2009 through 2013. One of the original founders of these clinics was BOSCH. Many of BOSCH's clients thought he was a licensed physican. BOSCH would identify himself to his clients as "Dr. Tony BOSCH" or "Dr. T." However, BOSCH did not have a license to practice medicine in the State of Florida, or anywhere else, nor did he have any kind of license or authorization from the Drug Enforcement Administration to dispense or prescribe Schedule III drugs, like testosterone.

(2) At times, BOSCH's clinics illegally dispensed controlled substances, like testosterone, to customers who wanted to gain weight and add muscle to their physiques. At times,

BOSCH accomplished this dispensation of controlled substances to his customers by signing and/or causing others to sign doctor's signatures on prescriptions, which were then sent to pharmacies to be filled; or, BOSCH just purchased controlled substances from black market suppliers. The clinics' customers were not only ordinary people who just wanted to improve their physical appearance, but also others with different motives, professional baseball players (or athletes), minor league players, and college and high school baseball players who wanted to increase their athletic prowess by using performance enhancing drugs ("PEDs").

(3)    In October 2008, BOSCH began offering testosterone and other substances to the people of south Florida, which included high school athletes ranging from 15-17 years old. These underage high school athletes, who usually were accompanied by their parents, would consult with BOSCH to discuss the goals they wanted to achieve. At times, some of these underage high school athletes had their blood drawn for analysis purposes by employees of the clinics prior to receiving testosterone and other substances; and sometimes these underage high school athletes came to the clinic with their own blood test results. Some of the underage high school athletes that visited BOSCH received testosterone without receiving a full examination by a licensed physician. Some of these underage high school athletes and their parents thought that BOSCH was a doctor licensed to practice medicine in the State of Florida. BOSCH continued to administer testosterone and other substances to underage high school athletes until December 2012. The underage athletes paid BOSCH approximately $250-$600 per month for testosterone and other substances. A majority of the underage athletes that BOSCH treated attended various public and private high schools in the south Florida area.

(4)    Many of the underage high school athletes who were given testosterone by BOSCH were recruited by co-defendant, Lazaro Daniel Collazo ("Collazo"). Collazo, a former customer of

2

BOSCH, worked in the Miami baseball community for the past thirty (30) years. In 2010, during a visit to one of BOSCH's clinics, Collazo proposed to recruit high school athletes and other individuals to BOSCH's clinic. In exchange, BOSCH would charge Collazo a nominal fee for testosterone and other substances.

(5)     In addition to treating underage high school athletes, BOSCH also treated professional athletes. BOSCH treated professional athletes between October 2008 and October 2012. BOSCH would introduce himself to the athletes as "Dr. T." or "T." in order to gain their trust. BOSCH would advise the athletes that he could make them feel better, get stronger, recover faster, and play better. BOSCH would inform the athletes that his program, which consisted of pre-loaded testosterone syringes and creams containing testosterone and other substances, was safe and was undetectable if used exactly as prescribed. In order to make the professional athletes feel safe and at ease, BOSCH informed the professional athletes that he had knowledge of testing procedures for many professional teams and that he could provide ways for these professional athletes to beat various drugs tests.  These athletes agreed to start BOSCH's programs that included testosterone and other substances, paid BOSCH in cash or by bank wire transfers on a monthly basis, and were never examined by BOSCH or a licensed doctor at BOSCH's direction prior to receiving testosterone and other substances. These professional athletes received testosterone from BOSCH through injectable shots, sublingual (troches a/k/a gummies, gummy bears), and creams. BOSCH advised the athletes to administer the shots in the buttock; troches/gummies were placed on the tongue before a game, and creams were applied to the upper arm and shoulder area in the morning and evening. Each program that BOSCH created for each professional athlete varied based on the player and their need.

(6)     A majority of the professional athletes that were treated by BOSCH were recruited

3

separately by two individuals, co-defendants Yuri Sucart ("Sucart") and Juan Carlos Nuñez ("Nuñez"). Sucart and Nuñez would recruit these athletes by telling them that they had a doctor that they wanted to introduce to the athletes. Sucart and Nuñez would advise the athletes that this doctor could help the athletes play better, recover faster from an injury, and have more energy. Once the athletes agreed to meet BOSCH, Sucart and Nuñez would arrange and attend a meeting between the athletes and BOSCH. Once an athlete agreed to use testosterone and other substances, Sucart and Nuñez would either pick up testosterone and other substances from BOSCH and deliver these programs to various athletes, or arrange a meeting where the athletes would meet BOSCH, and upon occasion BOSCH would inject athletes with testosterone and other substances. Sucart and Nuñez, on some occasions, would also pay BOSCH for testosterone and other substances on behalf of the athletes and keep a percentage of the monthly payment as their commission. The professional athletes were paying BOSCH amounts that varied from a few thousand dollars per month, up to $12,000 per month. Neither Sucart nor Nunez was a licensed physician in the State of Florida, or anywhere else, nor did they have any kind of license or authorization from the Drug Enforcement Administration to dispense or prescribe Schedule III drugs, like, testosterone.

(7)   BOSCH would order or direct his co-conspirators to order a majority of the testosterone from black market distributors. One of the main black market distributors that BOSCH ordered testosterone from was co-defendant Jorge Agustine Velazquez, a/k/a "Ugi" ("Velazquez"). Velazquez began distributing testosterone to BOSCH in approximately March 2011 when BOSCH was operating an anti-aging clinic, Biokem, which was located at 1390 S. Dixie Highway, in Coral Gables, Florida. BOSCH and his business partner, Carlos Javier Acevedo ("Acevedo"), would call and/or text message Velazquez and order testosterone from him. Velazquez or his deliveryman, co-defendant Christopher Benjamin Engroba ("Engroba"), would

make the delivery of testosterone and other substances. Upon delivery by either Velazquez or Engroba, an inventory of testosterone and other substances was conducted by BOSCH or other clinic employees in the presence of either Velazquez or Engroba. At times, these vials of testosterone had a pharmacy's name on the label. On some occasions, the name of the drug was on the label, but not the pharmacy's name. There were also instances when the medication was delivered and had no label at all. Once the delivery was confirmed, Acevedo or another employee would pay either Velazquez or Engroba with a check or cash. Velazquez or Engroba would deliver vials of testosterone to BOSCH and Acevedo at Biokem on a weekly basis from March 2011 through December 2012. Neither Velasquez nor Engroba was a licensed physician in the State of Florida, or anywhere else, nor did they have any kind of license or authorization from the Drug Enforcement Administration to dispense or prescribe Schedule III drugs, like, testosterone.

(8)   In March 2011, BOSCH, Sucart, and Acevedo created a company called "Scores Sports Management, Inc." which operated in Miami, Florida and the Dominican Republic. The essence of the company was that it served as a "farm" for teenage Dominican baseball prospects, ranging from 12-17 years old, who wanted to prepare for the June Amateur Baseball Draft. The farm was run by a "buscón," which is a Spanish term for "street agent." The buscónes would help develop, feed, and house these teenage players in the Dominican Republic, with the intent of having them drafted by a major league team willing to pay thousands, if not millions, of dollars to secure a good prospect. As a reward for their work, buscones typically pocketed 25% to 50% of the teenage prospect's signing bonus. BOSCH, Acevedo, and Sucart would work with the buscónes and provide baseball equipment; and bring pre-loaded syringes of testosterone from Miami to the Dominican Republic. BOSCH forged or caused to be forged doctor's signatures on various travel letters which allowed Sucart and Acevedo to "legitimately" bring testosterone into the Dominican

Republic. BOSCH would get these teenage athletes on a monthly program prior to the June draft and administer testosterone shots and other substances to these teenagers. Once these teenage athletes were drafted, BOSCH, Acevedo, Sucart, and the buscones were supposed to profit. Bosch, Sucart, and Acevedo worked in the Dominican Republic for the 2011 Amateur Draft before they were asked to leave the Dominican Republic. Once Acevedo returned to Miami, Acevedo and BOSCH continued to treat customers with testosterone and other substances until Acevedo parted ways with BOSCH in approximately mid-2012.

(9) Upon parting ways with Acevedo, BOSCH opened another anti-aging clinic, Biogenesis. BOSCH continued to administer testosterone shots, testosterone creams, and other substances to his clients, which included high school athletes and professional athletes, until early 2013.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 8/4/2014

By: _____
MICHAEL P. SULLIVAN
ASSISTANT UNITED STATES ATTORNEY

Date: 8/4/14

By: _____
SHARAD A. MOTIANI
ASSISTANT UNITED STATES ATTORNEY

Date: 8/5/14

By: _____
GUY A. LEWIS, Esq.
ATTORNEY FOR DEFENDANT

Date: 8/5/14

By: _____
SUSY RIBERO-AYALA, Esq.
ATTORNEY FOR DEFENDANT

Date: 8/5/14

By: _____
ANTHONY BOSCH
DEFENDANT

7