


# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
Plaintiff

CASE NUMBER: CR: 14-20555-CR-GAYLES

- vs

Anthony Bosch
Defendant

REPORT COMMENCING CRIMINAL ACTION

06583-104
USMS NUMBER

TO: CLERK'S OFFICE   MIAMI (circled)   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT        (CIRCLE ONE)

NOTE: CIRCLE APPRPRIAT LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE    N/A.

(1) DATE AND TIME OF ARREST: 08/05/14 0700 AM ✓ PM ___

(2) LANGUAGE SPOKEN: ENGLISH

(3) OFFENSE CHARGED: 21-846 CONSPIRACY TO DISTRIBUTE TESTOSTERONE

(4) DATE OF BIRTH: 09/18/63

(5) TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
   { } INDICTMENT            {✓} COMPLAINT TO BE FILED/ALREADY FILED (INFORMATION)
   { } BENCH WARRANT FOR FAILURE TO APPEAR
   { } PROBATION VIOLATION WARRANT
   { } PAROLE VIOLATION WARRANT
   ORIGINATING DISTRICT: SDFL

(6) REMARKS: ___

(7) DATE: 08/05/14   (8) ARRESTING OFFICER: Special Agent SA CHERYL ORTIZ

(8) AGENCY: DEA   (10) PHONE: 954-660-4500

(11) COMMENTS: ___