UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20555-CR-Gayles

UNITED STATES OF AMERICA,

vs.

ANTHONY PUBLIO BOSCH,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Undersigned counsel hereby files this notice of appearance as counsel of record for the United States of America in this cause.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By: /s/ Michael P. Sullivan
    Michael P. Sullivan
    Assistant United States Attorney
    Florida Bar No. 134814
    U.S. Attorney's Office
    99 N.E. 4th Street, 8th Floor
    Miami, FL 33132
    Telephone: 305-961-9274
    Facsimile: 305-536-4675
    Email: Pat.Sullivan@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of August, 2014, the undersigned electronically filed the foregoing document, United States of America's Notice of Appearance with the Clerk of the Court using CM/ECF.

/s/ Michael P. Sullivan
Michael P. Sullivan
Assistant United States Attorney