AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 14-20555-Cr-GAYLES |
| ANTHONY PUBLIO BOSCH, | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: August 5, 2014

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

GUY LEWIS
*Printed name of defendant's attorney*

_____
*Judge's signature*

JONATHAN GOODMAN
*Judge's printed name and title*