UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20555-CR-GAYLES

United States of America,
        Plaintiff,

LANGUAGE: *English*

USM Number: *06583-104*

ANTHONY PUBLIO BOSCH,
        Defendant.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Jonathan Goodman on 08/05/14, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENSE COUNSEL: *Guy Lewis & Michael Tein*

BOND SET: *$100k PSB*

Dated: 08/05/14

STEVE LARIMORE
CLERK OF COURT


By: Deputy Clerk