UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-CR-20555-DPG

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ANTHONY P. BOSCH
    Defendant.
_____/

NOTICE OF PERMANENT
APPEARANCE AS COUNSEL OF RECORD

COMES NOW **SUSY RIBERO-AYALA**, Esquire, and files this appearance as counsel of record for the Defendant, **ANTHONY P. BOSCH**, in connection with Pre-Trial proceedings and the Trial of this cause before this Court. Pursuant to Rule 88.7 of the Local Rules of the Southern District of Florida, this appearance does not cover any collateral or appellate proceedings, which may be related to this case. The Clerk of the Court is requested to send copies of all court notices pertaining to this cause to the undersigned.

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct of the foregoing instrument has been electronically filed with the Clerk of the Court of the Southern District of Florida using CM/ECF on this 7th day in August 2014.

Respectfully submitted,

**SUSY RIBERO-AYALA, P.A.**
201 Alhambra Circle, Suite 1200
Coral Gables, Florida 33134
Phone: (305) 854-4711
Email: Susy@RiberoAyalaLaw.com

By:    **S/Susy Ribero-Ayala, Esq.**
         **SUSY RIBERO-AYALA, ESQ.**
         Florida Bar Number: 993352