UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20555-CR-GAYLES

UNITED STATES OF AMERICA

v.

ANTHONY PUBLIO BOSCH,

      **Defendant.**

_____/

## PROTECTIVE ORDER

This matter came before the Court pursuant to the United States' Unopposed Motion for Protective Order Limiting Disclosure of Discovery Information under Federal Rule of Criminal Procedure 16(d)(1) and the Privacy Act, 5 U.S.C. §552a(b)(11). Having been otherwise fully advised, the Court finds that the motion should be **GRANTED**.

**IT IS FURTHER ORDERED** that the government is authorized to disclose the Discovery in its possession, which the government believes is necessary to comply with the discovery obligations imposed by this Court;

**IT IS FURTHER ORDERED** that counsel of record for the defendant shall hold the Discovery produced pursuant to this Order in strict confidence. Therefore, defense counsel shall restrict access to the Discovery, and shall disclose the Discovery to their clients, office staff, investigators, and to anticipated fact or expert witnesses only to the extent that defense counsel believes is necessary to assist in the defense of their clients in this matter;

**IT IS FURTHER ORDERED** that counsel of record for the defendant shall advise any person to whom the Discovery is disclosed that such information should be held in strict confidence and that further disclosure or dissemination is prohibited without defense counsel's express consent; and

**IT IS FURTHER ORDERED** that counsel of record for the defendant shall obtain a certification from each person to whom the Discovery is disclosed (with the exception of other defense counsel who consult with counsel of record), in which the recipient; (a) acknowledges the restrictions set forth in this Protective Order, and (b) agrees that he/she will not disclose or disseminate the information without the express consent of defense counsel. Counsel shall keep a copy of each certification to identify the individuals who received the Discovery and the date on which such information was first disclosed.

**IT IS FURTHER ORDERED** that upon conclusion of the above-captioned case, any copies of the Discovery disclosed pursuant to the terms of this Order shall be returned to defense counsel and shall either be destroyed or returned to the United States.

**DONE and ORDERED** in Chambers in Miami, Florida this 20th day of August, 2014.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT COURT JUDGE