UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20555-CR-GAYLES

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

ANTHONY PUBLIO BOSCH,

        Defendant.
_____/

## ORDER ON MOTION TO MODIFY BOND

**THIS MATTER** having come before the Court on Defendant Anthony Publio Bosch's Unopposed Motion for Bond (DE 25). The Court having heard oral argument from the parties, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Defendant's bond is hereby reinstated and modified as follows. The Defendant shall be placed at an approved inpatient substance abuse treatment facility within the Southern District of Florida. Once the Defendant has completed the inpatient treatment, he shall be placed on home detention with electronic monitoring until the conclusion of this matter. It is further **ORDERED AND ADJUDGED** that the Defendant shall only be allowed to leave his residence for approved substance abuse treatment and to meet with his counsel. The Defendant shall pay the cost for the electronic monitoring system. All other terms and conditions previously ordered in the bond approved on August 6, 2014, remain in full force and effect.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 16th day of October, 2014.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: United States Marshal
    United States Probation