UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20555-CR-GAYLES

UNITED STATES OF AMERICA

v.

ANTHONY P. BOSCH,

      Defendant.

_____/

### NOTICE OF CORRECTION TO DEFENDANT'S
### *UNOPPOSED* MOTION TO CONTINUE SENTENCING

Defendant, ANTHONY BOSCH, through undersigned counsel, hereby notifies this Court

of correction to Defendant's unopposed motion to continue sentencing.  [DE 37].  Paragraph 6 of

Mr. Bosch's Motion incorrectly indicated that his current treatment facility recommended an

"outpatient" treatment facility.   The recommendation for extended treatment is for *inpatient*

treatment at another facility within the Southern District of Florida.

                            Respectfully submitted,

                            LEWIS TEIN, P.L.
                            *Counsel for Anthony Bosch*
                            3059 Grand Avenue, Suite 340
                            Coconut Grove, Florida 33133
                            Tel: (305) 442 1101
                            Fax: (305) 442 6744

         By:    */s/ Guy A. Lewis*_____
                  GUY A. LEWIS
                  Fla. Bar No. 623740
                  lewis@lewistein.com
                  MICHAEL R. TEIN
                  Florida Bar No. 993522
                  mtein@lewistein.com

**Lewis Tein** PL
ATTORNEYS AT LAW

3059 GRAND AVENUE, SUITE 340, COCONUT GROVE, FLORIDA 33133

Case No. 14-20555-CR-GAYLES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the following service list via transmission of Notices of Electronic Filing generated by CM/ECF.

_/s/ Guy A. Lewis_
GUY A. LEWIS

## SERVICE LIST

Michael P. Sullivan, Esq.
U.S. Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132

Sharad Anand Motiani, Esq.
United States Attorney's Office
99 NE 4th Street
Miami, FL 33132

2

**Lewis Tein** PL
ATTORNEYS AT LAW

3059 GRAND AVENUE, SUITE 340, COCONUT GROVE, FLORIDA 33133