UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20555-CR-GAYLES

UNITED STATES OF AMERICA

v.

ANTHONY PUBLIO BOSCH,

    Defendant.
_____/

## MOTION FOR REDUCTION OF SENTENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35

Pursuant to Fed. R. Crim. P. 35(b), the United States of America hereby moves for a reduction of the sentence of the defendant, Anthony Publio Bosch, based on the defendant's substantial assistance in the investigation and prosecution of others. In support of this motion, the government states the following:

1. On October 16, 2014, Mr. Bosch pled guilty as charged in the information to conspiracy to possess with intent to distribute a Schedule III controlled substance, in violation of 21 U.S.C. § 846. On February 17, 2015, Mr. Bosch was sentenced to 48 months' imprisonment followed by three years' supervised release.

2. Mr. Bosch has provided substantial assistance to the government in the prosecution of others. The government is willing to elaborate on the nature and quality of this assistance at a hearing on the motion, if the Court so desires. However, the parties are in agreement with the recommendation contained herein.

3. Based on his cooperation, the parties believe that Mr. Bosch's sentence should be reduced by thirty-three percent (33%), resulting in a sentence of 32 months.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: s/ Sharad A. Motiani
Sharad A. Motiani
Assistant United States Attorney
Florida Bar No. 711233
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305) 961-9392
Fax: (305) 536-7213

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2016, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                      s/Sharad A. Motiani
                                      Sharad A. Motiani
                                      Assistant United States Attorney