UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20555-CR-GAYLES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY PUBLIO BOSCH,

    Defendant.
_____/

## ORDER ON MOTION FOR REDUCTION OF SENTENCE

THIS CAUSE came before the Court on the Government's Motion for Reduction of Sentence Pursuant to Fed.R.Crim.P.35 (DE 63). The Court having reviewed the motion and heard oral argument from the parties and being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion for Reduction of Sentence is GRANTED. The Defendant's term of imprisonment shall be reduced to **32 months**. It is further ORDERED that all other terms and conditions previously imposed in the Judgment and Commitment Order, entered on February 17, 2015, shall remain in full force and effect.

DONE and ORDERED in Chambers, at Miami, Florida this 14th day of January, 2016.

                              DARRIN P. GAYLES
                              UNITED STATES DISTRICT JUDGE

cc: U.S. Marshals